

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00185-CV

LG ENERGY SOLUTION MICHIGAN, INC.
v.
DR. LENA SPECK HOPKINS, INDIVIDUALLY AND ON BEHALF OF
SPECK HOPKINS MANAGEMENT, LLC D/B/A SPECK HOPKINS MD,
AND JEFFELYN INVESTMENTS, LTD.

On Appeal from the
107th District Court of Cameron County, Texas
Trial Court Cause No. 2022-DCL-03817-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal will be taxed against the party incurring the same.

We further order this decision certified below for observance.

March 20, 2025